**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regina Amar-Pleasant, | No. 2:20-cv-08579-RGK-AFM |
| Plaintiff(s), | |
| vs. | **ORDER** |
| Aetna Resources LLC et al | |
| Defendant(s). | |

    Based on the parties' stipulation to proceed by way of binding arbitration, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: January 29, 2021         _____
                                                R. GARY KLAUSNER
                                                **UNITED STATES DISTRICT JUDGE**